AFFIDAVIT

2/23/22

Mailed 2/24

HONORABLE CLERK OF U.S. COURTHOUSE, FT MYERS
FOR IMMEDIATE REVIEW BY CONSTITUTIONAL COURT JUDGE
FROM: GERHARD WITTE, MD, ATTY PRO SE, INFORMA PAUPERIS
FED (HOUSED AGAINST MY WILL AND ORDER OF (SINCE 12/30/2014)
SENTENCING JUDGE KONKOL, MILWAUKEE COUNTY CIRCUIT
COURT, IN MARCH 2010) TO BE INCARCERATED IN WISCONSIN,
TO SERVE MY SENTENCE. I HAVE NO ACTIVE SUIT!

THIS IS MY 3RD SUCCESSIVE DAILY LETTER, TO DEAL WITH MAIL OBSTRUCTION
AND THIS IS MY 3RD REQUEST FOR A NEW SUIT / FINISHING OF AN
OCALA CT. ORDERED SUMMARY JUDGEMENT FOR ME, PLAINTIFF
IN MY CASE OF PROVEN D.D.I. (8TH AMEND) IN 2 FED COURTS,
STALLED BY THE DOJ/BOP FOR ANOTHER 8 YEARS
IN WHAT IS NOW A CASE OF DEPRAVE DELIBERATE
INTENT TO HARM, WITH THE DELIBERATE INFLICTION OF
EXQUISITE DAILY MENTAL AND PHYSICAL ANGUISH (ie
TORTURE) AND PREMEDITATED ATTEMPTED NEGLIGENT HOMICIDE
I AM ACCUSING THE BOP OF 8 YEARS OF PROVEN D.D.I.H.
ATTEMPTS TO KILL ME, TO END MY SUIT!

MY CASE, AS OUTLINED IN THESE TWO CERTIFIED LETTERS
(MAILED FROM SHU-B-LOW #118, GIVEN TO STAFF AS NOTED)
T.H
MAILED ON:
2/21/22  7020 1290 0005 6489  (TO C.O. HASLER 10-15 PAGES) SOME
2/22/22  7020 1290 0007 6989  (TO C.O. MASON)

TO WHICH I ADD THIS, ON REGULAR MAIL
2/23/22 (TO GO OUT ON 2/24 AM)

I HAVE DONE SO AS MY US. MAIL HAS REGULARLY BEEN
INTERFERED WITH -, AS DESCRIBED IN COUNTLESS AFFIDAVITS
(IF YOU DO NOT GET ALL 3 LETTERS, IT IS PROOF OF
LEGAL OBSTRUCTION BY A T.H PRISON THAT NEEDS ME DEAD
— IN TOTAL SILENCE

AFFIDAVIT -2

2/23/22               ② of 4
MAILED 2/24

THESE ARE ALL ORIGINALS, PAINSTAKINGLY PREPARED MYSELF, AN 84 YO, JAIL INMATE, NEARLY DEAD FROM THIS ABUSE

MY CASE IS GERHARD WITTE, MD, PLAINTIFF, WITH 3 CHILDREN, CO-PLAINTIFFS: GERHARD RUDOLF WITTE, ERIK KARL WITTE, KARIN ELISABETH WITTE (PATEL) MD

I AM SUING: US DOJ, BOP, 3 USPs (TUCSON, COLEMAN-2 AND T.H. WITH NAMED OFFICERS FOR A TOTAL OF $2.5 BILLION AGAINST GOVERNMENT AGENCIES, AND $25 MILLION AGAINST NAMED INDIVIDUALS

ON 8/31/2021, I PRESENTED TO MEDICAL STAFF WITH WHAT I THOUGHT WAS A MASSIVE HEART ATTACK (I HAVE CORRECTLY DIAGNOSED EACH CARDIAC EMERGENCY SINCE STARTING WITH HEART DISEASE IN EARLY 1970.s

I WAS CALLED A LIAR, FORCED TO WALK BACK, WITH SEVERE CHEST PAIN, DYSPNEA - AND SAME DAY PUT INTO SHU FOR LYING (I HAVE REFUSED TO LEAVE SHU - I CAN TOLERATE NO MORE STALKING BY STAFF! PROOF: SINCE IN SHU, NO MORE FALSE CHARGES, ONLY NOW FOR REFUSAL TO LEAVE

I AM NOW BEING TOLD I WILL BE TRANSFERRED, AFTER FOR 10 YEARS, IN THE GREATEST MEDICAL SCHOLARSHIP OF MY LIFE, REPORTING IN SWORN-TRUE AFFIDAVIT ON THE MOST BARBARIC, INHUMANE AND ILLEGAL MEDICAL FRAUD IN US HISTORY

I NEED TO: 1) SEE O.I.G, FBI, OCID IMMEDIATELY TO STOP THAT TRANSFER, RETURN ME TO SAFETY OF WISCONSIN DOC, AND FINISH THE SCALIA SUMMARY JUDGMENT ORDER OF 1/25/18, GOVT RESPONSE DUE 2/7/2018 - ALL OF MY MEDICAL CARE IN T.H ORDERED ON ADMISSION, JANUARY, 2019 - WAS DIC & BC

2/23/22
MAILED 2/24

AFFIDAVIT - 3                    3 of 4

T.K COMPLEX
WARDEN WATSON, WHO I KNOW GOT FIRED ON 11/24/2021. HIS REPLACEMENT FCI WARDEN LAMMER, AND SINCE 1/27/22, NEW COMPLEX WARDEN KALLIS,
(1/27/22) I AM ACCUSING ALL OR THEM OF
 TORTURE, PREMEDITATED MURDER

I HAVE OVER 4000+ AFFIDAVITS, ALL IN A SAFE, OR IN MY FILES.
THERE HAS NEVER BEEN A CASE PRESENTED WITH SUCH OVERWHELMING PROOF
I DEDICATE THIS EFFORT TO THE COUNTRY, PROFESSION, AND HONORABLE FAMILY OF WHICH I AM NOW THE OLDEST

DONT LET THEM KILL ME
STOP THIS TRANSFER
ORDER ALL MY MEDICAL RECORDS RENEWED EXACTLY AS IT WAS, BEFORE WATSON SPOILED IT ALL
MEDICAL CARE IN BOP IS A TOTAL FRAUD, AS DETERMINED BY REFUSAL TO FOLLOW MEDICARE RULES
I AM ONLY ONE THAT HAS BOTH THE INTEGRITY, AND ABILITY TO PRESENT MY MEDICAL DIAGNOSES, TREATMEN
I WANT TO SEE THE OIG, FBI, OCID WORK WITH THE COURT TO FOLLOW THROUGH ON THESE MOTIONS
SWORN TRUE
[signature]
I AM DENIED COPYING — AND I HAVE REPEATED THESE SAME UNREBUTTED OBSERVATIONS FOR 21 YEARS

resulting in the firing of my wife due Warden Boss, Ken Morgan, her Head Nurse Mgr, US Tucson Medical Director Tom Longfellow and THE WORST PRICK OF ALL,

THOMAS WATSON

There will need to be many more staff firings (etc), and the financial penalties for torture and murder will be the largest in US history — in BOP, 15 years of daily agony

Michael Wills Sr

Starvation, inadequate housing, bedding withdrawl of all med care is enough of a Constitutional violation A criminal intent to murder (I can add to that countless other constitutional violations, with specification by appointed counsel)

This is the most outrageous abuse I have ever seen, and I am sure the same will be in evidence to this Honorable Court

The Govt is both unwilling and incapable of policing its own criminal behavior We need 100% separation of medicine from security, and fully independent oversight